# Court of Appeals
# of the State of Georgia

ATLANTA, __July 12, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1630. EAKIN v. BUTLER.**

Following the docketing of this appeal, the appellee, Stacey Butler, filed a petition for relief under the United States Bankruptcy Code. As a result of Butler's bankruptcy filing, this action is automatically stayed by operation of law. 11 U. S. C. §362 (a). Accordingly, to avoid prejudice to the parties by operation of the two-term rule contained in Art. VI, Sec. IX. Par. II of the Georgia Constitution of 1983, it is hereby ORDERED that this case be remanded to the trial court until such time as relief from the bankruptcy stay is obtained. After the bankruptcy court enters an order that either releases Eakin's claim against Butler from the bankruptcy stay or closes the bankruptcy action, Eakin may seek appropriate appellate relief by filing a notice of appeal. Any such notice of appeal must be filed within thirty (30) days following entry of the Bankruptcy Court's order.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __07/12/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*